AO 247 (02/08) Order Regarding Motion for Sentence Reduction

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

JUN -8 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TRAVIS CARTER JONES | ) | Case No: 4:09CR00037-001 |
| | ) | USM No: 14472-084 |
| Date of Previous Judgment: 11/16/2010 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __160__ months **is reduced to** __144 months*__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __23__       Amended Offense Level: __21__
Criminal History Category: __VI__       Criminal History Category: __VI__
Previous Guideline Range: __262__ to __327__ months       Amended Guideline Range: __262__ to __327__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):
Although the Career Offender Enhancement applies, Defendant was sentenced as if it did not because, when entering a plea agreement, all parties believed it would not apply. Extending the equities which motivated the variance in Defendant's original sentence to the present request, Defendant's reduction mirrors what he would have received had the Career Offender Enhancement not applied to his case.

### III. ADDITIONAL COMMENTS
Defendant is sentenced to 144 months, but not less than time served. Defendant's sentence consists of 84 months on Count One and 60 months on Count Three, to be served consecutively. The government was given the opportunity to oppose Defendant's motions [ECF Nos. 79 & 81], but failed to do so.

Except as provided above, all provisions of the judgment dated __11/16/2010__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __6/8/2015__

Judge's signature

Effective Date: __11/01/2015__
(if different from order date)

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title